# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RODNEY D. WILKERSON**                                                                 **PLAINTIFF**

**v.**                                    **No: 4:18-cv-00920 JM-PSH**

**FAULKNER COUNTY DETENTION CENTER,** *et al.*                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 4th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE